**NOT FOR PUBLICATION**

## In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————

No. 25-10774

————————————

WORLDWIDE AIRCRAFT SERVICES, INC.,
  a Florida Corporation,
  d.b.a. Jet ICU,

*Plaintiff-Appellant,*

*versus*

CONNECTICUT GENERAL LIFE INSURANCE COMPANY,
  a Corporation, a.k.a.Cigna,

*Defendant,*

CIGNA GLOBAL INSURANCE COMPANY LIMITED,

*Defendant-Appellee.*

————————————

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:24-cv-01604-WFJ-CPT

————————————

Before ROSENBAUM, GRANT, and ABUDU, Circuit Judges.

PER CURIAM:

Worldwide Aircraft Services, Inc., doing business as Jet ICU, appeals orders of the district court dismissing its claims against Cigna Global Insurance Company Limited with prejudice. We review the grant of a motion to dismiss *de novo*. *Watts v. Joggers Run Prop. Owners Ass'n, Inc.*, 133 F.4th 1032, 1038–39 (11th Cir. 2025). We also review questions of preemption *de novo*. *Aspen Am. Ins. Co. v. Landstar Ranger, Inc.*, 65 F.4th 1261, 1265 (11th Cir. 2023). In two well-reasoned orders, the district court dismissed Jet ICU's claims as preempted by the Airline Deregulation Act, 49 U.S.C. § 41713(b)(1). *See Worldwide Aircraft Servs. Inc. v. Conn. Gen. Life Ins. Co.*, 749 F. Supp. 3d 1204 (M.D. Fla. 2024); *Worldwide Aircraft Servs. Inc. v. Conn. Gen. Life Ins. Co.*, No. 8:24-cv-01604, 2025 WL 487642 (M.D. Fla. Feb. 13, 2025). After careful review of the record, and with the benefit of oral argument, we find no error in the district court's conclusions. Accordingly, we affirm.

**AFFIRMED.**